IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WHITNEY COOK                                                                                                  PLAINTIFF

V.                                               NO.  13-2031

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                          DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this January 27, 2014.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+